01 JUL 24 PM 12:34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CLERK, U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 006309-CR-SEITZ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GOLD COAST CHECK CASHING INC.,

       Defendant.
_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

Notice is hereby given that Gold Coast Check Cashing, Inc. has complied with this Court's Order filed on July 11, 2001 requiring it, through its counsel, to deposit $20,000.00 previously held in the escrow account of counsel into the Court's registry. A copy of the receipt reflecting the deposit is attached.

       Respectfully submitted,

       HARRY M. SOLOMON, P.A.
       799 Brickell Plaza, Suite 606
       Miami, Florida 33131
       (305) 358-7400/ Fax (305) 358-7222

       HARRY M. SOLOMON
       Florida Bar No. 221511

HARRY M. SOLOMON, P.A.
SUITE 606
799 BRICKELL PLAZA
MIAMI, FLORIDA 33131
TEL. (305) 358-7400
FAX (305) 358-7222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice Of Compliance With Court Order was mailed this 24 day of July 2001, to:

Bill Bekerleg, Jr., Esq.
The Office of the United States Attorney
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL  33394

HARRY M. SOLOMON

HARRY M. SOLOMON, P.A.
SUITE 606
799 BRICKELL PLAZA
MIAMI, FLORIDA 33131
TEL. (305) 358-7400
FAX (305) 358-7222

| | | |
|---|---|---|
| AO82 (Rev. 4/90) | ORIGINAL<br>**RECEIPT FOR PAYMENT**<br>**UNITED STATES DISTRICT COURT**<br>for the<br>**SOUTHERN DISTRICT OF FLORIDA** | 227591 |

at _Miami_

RECEIVED FROM _Harry M. Solomon_
_799 Brickell Plaza_
_Miami, Fl 33131_
_USA vs John Mamone_

Fund CKF 1203

| | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 20,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 20,000.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 00-6309-CR-Seitz | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Per Court order

To be Invested

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE _07/23/20__  Cash ☐ Check ✓ M.O. ☐ Credit ☐  DEPUTY CLERK _Hamill_