UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 00-6309-CR-Seitz |
| Plaintiff | |
| v. Joseph Russo | REPORT COMMENCING CRIMINAL ACTION |
| Defendant | 62395 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 8/21/01  7:38 a.m  at 7:25

2. Spoken language: English   Money laundering consp.

3. Offense(s) charged: 1962(d) 1956(h) 892(a) 894(a)(1)
   Money transaction der. from unl. act.

4. U.S. Citizen  [✓] YES  [ ] NO  [ ] UNKNOWN

5. Date of birth: 5/29/1946

6. Type of charging document: (Check One)
   [✓] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309-CR-Seitz   CASE NO. _____
   DISTRICT: Southern District of Florida  (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✓] YES  [ ] NO

   AMOUNT OF BOND. _____
   WHO SET BOND. _____

7. REMARKS: _____

8. DATE: 8/27/2001           9. Arthur W Hopewell
                                 ARRESTING OFFICER
10. AGENCY: FBI              11. 305 525-3176
                                 PHONE NO.

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JOSEPH RUSSO

## WARRANT FOR ARREST

CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JOSEPH RUSSO___
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO Conspiracy, Money Laundering Conspiracy, Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activities, Conspiracy to Make Extortionate Extensions of Credit, Conspiracy to Use Extortionate Means to Collect Extensions of Credit

in violation of Title __18__ United States Code, Section(s) __1962(d), 1956(h), 1957, 892(a), 894(a)(1)__

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention  Requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/14/01 - Fort Lauderdale, Florida
Date and Location

[signature]
LURANA S. SNOW
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  8/21/01 | Arthur W Hopewell, FBI  Ron E Wise, IRS | [signatures] |