UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309 Cr Seitz

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Doreen & Joseph Russo

COMES NOW _Jayne Weintraub_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing** documents necessary to collateralize any **personal surety bond which** may be set.

Counsel's Name (Printed) _Jayne Weintraub_

Counsel's Signature _[signature]_

Address _100 SE 2d St_
_Suite 3550_       ZIP CODE: _33131_

Telephone _(305) 374-1818_

FILED by __ D.C.
2001 AUG 21 PM 4:10
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA.