IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                              **ORDER**

JOSEPH RUSSO and DOREEN RUSSO,
et al,

          Defendants.
_____/

THIS CAUSE having come on to be heard upon Defendants' Unopposed Motion to Continue Pretrial Detention Hearing, and the Court having heard argument of counsel and otherwise being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. Defendants' Unopposed Motion to Continue Pretrial Detention Hearing is GRANTED.

    *and Report to Counsel    BLG*

2. The Pretrial Detention Hearing is reset until Wednesday, August 29, 2001 at 10:00 a.m. before the Honorable Magistrate Judge William Turnoff.

DONE AND ORDERED in Miami-Dade County, Florida this 24th day of August, 2001.

                                            Barry L. Garber
                                            U. S. Magistrate Judge

Copies furnished to:
Jayne C. Weintraub, P.A.
Diana Fernandez, AUSA