IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSEPH RUSSO and DOREEN RUSSO,
et al,

        Defendants.

_____/



## UNOPPOSED MOTION TO CONTINUE PRETRIAL DETENTION HEARING

The Defendants, JOSEPH RUSSO and DOREEN RUSSO, by and through undersigned counsel, move this Honorable Court for a continuance of the Pretrial Detention Hearing. As grounds in support therefore the Defendants state:

1. On Wednesday, August 22, 2001, Joseph Russo and his wife Doreen Russo were arrested and brought before this Court for initial appearance at which time the government announced it was seeking pretrial detention on Defendant Joseph Russo.

*United States of America v. Joseph Russo*
CASE NO. 00-6309-Cr-Seitz

2. Doreen Russo was released on a $100,000 personal surety bond.

3. Undersigned counsel entered a temporary appearance for both Defendants and agreed to conduct the Pretrial Detention Hearing on Friday, August 24, 2001 at 2:00 p.m. before the Honorable Magistrate Judge Barry Garber.

4. Unfortunately, due to personal unavoidable circumstances, undersigned counsel was unable to meet with Mr. Russo until Thursday evening (August 23rd), making preparations for the Pretrial Detention Hearing impossible for Friday, August 24th.

5. Undersigned counsel contacted Assistant United States Attorney Diana Fernandez who has no objection to the continuation of the hearing to be rescheduled on Wednesday, August 29, 2001 at 10:00 a.m. before the Honorable Magistrate Judge William Turnoff.

6. Undersigned counsel requests additional time in which to file a permanent appearance in this case and to advise the court of counsel for the remaining defendant.

7. Undersigned counsel requests that a Report Re Counsel and Pretrial Detention Hearing be scheduled for Wednesday, August 29, 2001 at 10:00 a.m. before the Honorable Magistrate Judge William Turnoff.

LAW OFFICES OF JAYNE C. WEINTRAUB • 100 S.E. SECOND STREET • SUITE 3550 • MIAMI, FLORIDA 33131 • TEL: (305) 374-1818 • FAX: (305) 358-5917

*United States of America v. Joseph Russo*
CASE NO. 00-6309-Cr-Seitz

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests this Honorable Court to grant a continuance of the Pretrial Detention Hearing and reschedule it for Wednesday, August 29, 2001 at 10:00 a.m.

Respectfully submitted,

**JAYNE C. WEINTRAUB, P.A.**
100 S. E. 2nd St., Suite 3550
Miami, FL 33131
Phone: (305) 374-1818
Facsimile: (305) 358-5917

By: _____
Jayne C. Weintraub, Esq.
Florida Bar No. 320382

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by mail to **Diana Fernandez, Assistant United States Attorney,** 99 N. E. 4th St., Miami, FL 33132 and faxed to 954-356-7230 this 23rd day of August, 2001.

_____
Jayne C. Weintraub, Esq.

3