UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JOSEPH RUSSO a/k/a "JR,"

      Defendant.

**NOTICE OF APPEARANCE AND
WRITTEN PLEA OF NOT GUILTY**

FILED by ___ D.C.
MAG. SEC.

AUG 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

      PLEASE TAKE notice that the Law Office of Jayne C. Weintraub, P.A. through Jayne C. Weintraub, Esq., enters this Notice of Appearance as counsel for Defendant Joseph Russo a/k/a "Jr." and hereby files this Written Plea of Not Guilty to the charges herein.  All parties and this court are requested to direct all matters concerning this case to said counsel.

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 29th day of August, 2001 to:

      Respectfully submitted,

      **JAYNE C. WEINTRAUB, P.A.**
      100 S. E. 2nd St., Suite 3550
      Miami, FL   33131
      Phone:  (305) 374-1818
      Facsimile: (305) 358-5917

      By:_____
        Jayne C. Weintraub, Esq.
        Florida Bar No. 320382

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been furnished this 29th day of August, 2001 to:

**Brian McCormick, Esq.**
**Diana Fernandez, Esq.**
**Assistant United States Attorneys**
99 N. E. 4th St.
Miami, FL 33132

**John Thornton, Jr., Esq.**
Attorney for John Mamone
200 S. Biscayne Blvd., Suite 2690
Miami, FL   33131

**David Rothman, Esq.**
Attorney for John Mamone
Thornton & Rothman, P.A.
First Union Financial Center
200 S. Biscayne Blvd., Suite 3420
Miami, FL   33131

**Jeffrey Mark Harris, Esq.**
Attorney for David Bell
1 E. Broward Blvd., Suite 925
Ft. Lauderdale, FL   33301

**John Robert Howes, Esq.**
Attorney for Fred Morgenstern
Trial Lawyers Building
633 S. E. 3rd Ave., Suite 4R
P. O. Box 697
Ft. Lauderdale, FL   33302

**Ana Maria Jhones, Esq.**
Attorney for David Morgenstern
330 Biscayne Blvd., Suite 625
Miami, FL   33132

**Emmanuel Perez, Esq.**
Attorney for Joseph Silvestri
2121 Ponce de Leon Blvd., Suite 920
Coral Gables, FL   33134-5222

**Brian Lee Tannebaum, Esq.**
Attorney for Michael Buccinna
200 S. Biscayne Blvd., Suite 3420
Miami, FL   33131-2340

**David Michael Tarlow, Esq.**
Attorney for Frederick Scarola
Spencer & Klein
801 Brickell Ave., Suite 1901
Miami, FL   33131-2900

**James Scott Benjamin, Esq.**
Attorney for Mark Carattini
Benjamin & Aaronson
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL   33394-2843

**Christopher Gerard Lyons, Esq.**
Attorney for Paul Difilippi
Best & Lyons
2665 S. Bayshore Dr., Suite 1206
Coconut Grove, FL   33133

**Peter Raben, Esq.**
Co-counsel for Paul Difilippi
200 S. Biscayne Blvd., Suite 5100
Miami, FL   33131

**Richard A. Hamar, Esq.**
Co-counsel for Charles Clay
Hamar & Hamar
2437 Briarcrest Rd.
Beverly Hills, CA   90210

**Jon Allen May**
Co-counsel for Charles Clay
May & Cohen
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL   33301

**Charles Garret White, Esq.**
Co-counsel for Peggy Preston
2900 Bridgeport Ave., Suite 401
Coconut Grove, FL   33133-3606

**Morris M. Goldings, Esq.**
Co-counsel for Jacolyn Baruch
Mahoney, Hawkes & Goldings
75 Park Plaza, 4th Floor
Boston, MA   02116

**Philip Robert Horowitz, Esq.**
Attorney for Mark Weiss
9130 S. Dadeland Blvd., Suite 1910
Miami, FL   33156

By: _____
      **Jayne C. Weintraub, Esq.**