FILED by _____ D.C.
MAG. SEC.
AUG 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. <u>00-6309-CR-SEITZ (s)(s)</u>

UNITED STATES OF AMERICA

v.

JOSEPH RUSSO
_____

<u>ORDER DENYING GOVERNMENT'S
REQUEST FOR PRETRIAL DETENTION &
SETTING A BOND</u>

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is
   **ORDERED AND ADJUDGED** as follows:
\_\_\_\_ The government's motion is **denied**.
\_\_\_\_ The defendant's motion is **granted**; bond is set at:
   \_\_\_\_ Personal Surety, unsecured, in the amount of $ _____
   \_\_\_\_ Personal Surety in the amount of $ _____
         with 10% posted with Clerk of Court.
   \_\_\_\_ Personal Surety in the amount of $ _____
         secured by the following collateral: _____

   \_\_\_\_ Full Cash in the amount of $ _____

   ✓ Corporate Surety in the amount of $150,000 w/Nebbia

   \_\_\_\_ Full Cash or Corporate Surety in the amount of $ _____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
\_ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
\_ REPORT TO PRETRIAL SERVICES AS FOLLOWS:     WEEKLY IN PERSON;     WEEKLY BY PHONE.
\_ MAINTAIN PRESENT RESIDENCE.
\_ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
\_ CURFEW IMPOSED 7 DAYS A WEEK FROM _____P.M. TO _____A.M.
\_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
\_ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
\_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
\_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
\_ STAY AWAY FROM COMMERCIAL TRANSPORTATION FACILITIES, MARINAS, BUS TERMINALS AND AIRPORTS.
\_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.
\_ COSIGNERS ARE NOT TO FURTHER ENCUMBER PROPERTY DURING PENDENCY OF CASE.
\_ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is: _____

**DONE AND ORDERED** at Miami, Florida this 29th day of <u>AUGUST</u> 2001.

TAPE NO.01G-69-1755/63-1385

WILLIAM C. TURNOFF

c:AUSA, Defense Counsel,