UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ (s)(s)

UNITED STATES OF AMERICA

vs.

JOSEPH RUSSO

Defendant.

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 30883-004

Language: English

FILED by _W_ D.C.
MAG. SEC.
AUG 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The above-named Defendant appeared before **Magistrate Judge WILLIAM C. TURNOFF**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:            Address: _____

                      _____

                      Tel. No: _____

Defense Counsel:      Name : _Jane Weintraub_

                      Address: _100 SE 2 St., Ste #3350_

                      _Miami, FC 33131_

                      Tel. No: _374-1818_

Bond Set/Continued:   $ TEMP PTD

Dated this _29_ day of _AUGUST_, 2001.

CLARENCE MADDOX, CLERK

BY __PATRICIA MITCHELL__
       Deputy Clerk

c: CRD
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. _01G-63-1755_
DIGITAL START NO. _____