AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   590 915

UNITED STATES OF AMERICA

V.

JOSEPH RUSSO

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOSEPH RUSSO__

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO Conspiracy, Money Laundering Conspiracy, Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activities, Conspiracy to Make Extortionate Extensions of Credit, Conspiracy to Use Extortionate Means to Collect Extensions of Credit

in violation of Title __18__ United States Code, Section(s) __1962(d), 1956(h), 1957, 892(a), 894(a)(1)__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/14/01 - Fort Lauderdale, Florida
Date and Location

LURANA S. SNOW
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL ||| 
| DATE RECEIVED 8/14/01 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal S/District of FL | SIGNATURE OF ARRESTING OFFICER John Walker, ASDUSM |
| DATE OF ARREST 8/21/01 | | |