FILED by D.C.
CT. REP.

AUG 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

                       Case No. 00-6309-Cr-SEITZ

    Plaintiff,

vs.                    MIAMI, *FLORIDA*
                       August 29, 2001

JOSEPH RUSSO,
JOHN MAMONE, et al.,

    Defendants.

---

**TRANSCRIPT OF PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE STEPHEN T. BROWN,
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

                J. BRIAN McCORMICK, A.U.S.A.
                DIANA L. W. FERNANDEZ, A.U.S.A.
                *UNITED STATES ATTORNEYS' OFFICE*
                500 East Broward Blvd., 7th Floor
                Ft. Lauderdale, FL 33301 954/356-7392

FOR THE DEFENDANT:

                JAYNE C. WEINTRAUB, P.A.
                100 S.E. 2nd Street, Suite 3550
                Miami, Florida
                BY: JAYNE C. WEINTRAUB, ESQ.

REPORTED BY:      JERALD M. MEYERS, RPR-CM
                Official Federal Court Reporter
                301 North Miami Avenue, 9th Floor
                Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**