IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6309-Cr-Seitz
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

             Plaintiff,

vs.

JOSEPH RUSSO,

             Defendant.

_____/

FILED by _____ D.C.
MAG. SEC.

**AUG 3 1 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. MIAMI

### NEBBIA PROFFER

Pursuant to this Court's August 29, 2001 Order setting a $150,000 corporate surety bond, the Defendant submits this proffer in support of the Nebbia requirement. The bond collateral and bond premium have been approved by Phil Ronca Bail Bonds, Inc.

1.  **Bond Premium**. The bond premium for the corporate surety bond is being paid by the following family members and friends from their own savings and legitimately earned assets. Each person has executed a supporting affidavit.

    A.    Ida Russo Falco, mother, $8,500.00 from savings. Supporting Affidavit is attached.

    B.    Lisa Boccia, cousin, $5,000.00 from savings. Supporting Affidavit is attached.

*United States of America v. Joseph Russo, et al,*
Case No.  00-6309-Cr-Seitz

C.    Patsy Schiavone, long-standing friend of Joseph Russo, $10,000

from his line of credit.  Supporting Affidavit is attached.

2.    **Bond Collateral for the $150,000 corporate surety bond:**

A.    John Cannella, the defendant's nephew, is posting his home and

family residence located at 8 Bayfront Drive, Baldwin, N.Y. 11510.  See

attached *Nebbia Affidavit of Collateral.*

3.    This presentation should assure the Court and the Government of the

legitimacy of the sources of the bond premium and collateral.

Respectfully submitted,

**JAYNE C. WEINTRAUB, P.A.**
100 S. E. 2nd St., Suite 3550
Miami, FL   33131
Phone:  (305) 374-1818
Facsimile: (305) 358-5917


By:_____
     **Jayne C. Weintraub, Esq.**
     **Florida Bar No. 320382**

2

*United States of America v. Joseph Russo, et al,*
Case No. 00-6309-Cr-Seitz

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by mail this 30th day of August, 2001 to: **Brian McCormick, Esq.,** and Diana Fernandez, Esq., Assistant United States Attorneys, 99 N. E. 4th St. Miami, FL 33132.

By: _____
Jayne C. Weintraub, Esq.

3

STATE OF NEW YORK

COUNTY OF NASSAU

### NEBBIA AFFIDAVIT FOR BOND PREMIUM

Before me, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared, IDA RUSSO FALCO, who after being duly cautioned and sworn, deposes and says:

1. My name is Ida Russo Falco. I am a United States citizen and have been living here my entire life. My home address is 6750 Royal Palm Boulevard, Apartment 309-E, Margate, Florida 33063 and my home phone number is 954-975-5175. However, I am currently in New York and can be reached at 631-862-2008.

2. I am the mother of Joseph Russo.

3. I am gifting to my son the amount of $8,500.00 to be applied toward his bail bond premium from my personal funds withdrawn from my savings account at First Union Bank, located at University Drive in Tamarac, Florida, account number 3451430225865. By this Affidavit, I give permission for the Court or Clerk's Office to call the bank at 954-786-6184 and verify this information. These are my own personal funds and not derived from either Joseph or Doreen Russo.

4. Attached to this affidavit are copies of my bank statements.

FURTHER, Affiant sayeth not.

_Ida Russo Falco_

FROM : GST                        FAX NO. :                    Aug. 30 2001 07:19AM  P3

IDA RUSSO FALCO

SWORN TO AND SUBSCRIBED before me this 30 day of August,
2001.

JOANNE M. COCO #4993398
Notary Public, State of New York
Qualified in Suffolk County
My Commission Expires 12/2/2001

_____
Notary Public, State of New
York


# Consolidated Statement   7/14/2001 thru 8/14/2001

| 01 | 1151420403533 | 036 | 40 | 11 | 9 | 26,679 |

IDA RUSSO
6750 ROYAL PALM BLVD APT 309E                    PB
MARGATE FL  33063

---

# Summary of Accounts

## Checking & Investments

| Account number | Account | Balance | As of | Interest rate | Maturity date |
|---|---|---|---|---|---|
| 1151420403533 | BENEFIT CHECKING | 450.48 | 8/14 | | |
| 3451430225865 | PREMIUM SAVINGS | 9,928.58 | 8/14 | | |
| **Total** | | **$10,379.06** | | | |

# FIRST UNION®

## Consolidated Statement    6/14/2001 thru 7/13/2001

01    1151420403533    036    40    20    9    26,418

IDA RUSSO
6750 ROYAL PALM BLVD APT 309E    PB
MARGATE FL   33063

## Summary of Accounts

### Checking & Investments

| Account number | Account | Balance | As of | Interest rate | Maturity date |
|---|---|---|---|---|---|
| 1151420403533 | BENEFIT CHECKING | 614.17 | 7/13 | | |
| 3451430225865 | PREMIUM SAVINGS | 9,916.49 | 7/13 | | |
| **Total** | | **$10,530.66** | | | |

# FIRST UNION®

## Consolidated Statement    5/15/2001 thru 6/13/2001

01        1151420403533    036    40        10    9        27,351

IDA RUSSO
6750 ROYAL PALM BLVD APT 309E                    PB
MARGATE FL   33063

---

# Summary of Accounts

## Checking & Investments

| Account number | Account | Balance | As of | Interest rate | Maturity date |
|---|---|---|---|---|---|
| 1151420403533 | BENEFIT CHECKING | 1,638.35 | 6/13 | | |
| 3451430225865 | PREMIUM SAVINGS | 9,904.72 | 6/13 | | |
| **Total** | | **$11,543.07** | | | |

**STATE OF NEW YORK**

**COUNTY OF SUFFOLK**

Before me, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared, PATSY SCHIAVONE, who after being duly cautioned and sworn, deposes and says:

1.  My name is Patsy Schiavone.  I am a United States citizen and have been living here my entire life.  My home address is One Springwood Lane, Huntington, New York 11743.  My home phone number is 631-673-8032.

2.  I am long-standing friend of Joseph Russo.

3.  My date of birth is January 27, 1928.  After working for 42 years as a foreman of a necktie manufacturer, Burma-Bibas, located in New York, I am now retired.

4.  I am gifting to my friend the amount of $10,000 to be applied toward his bail bond premium from my Fleet Line Credit Account, account number 71619992031085. By this Affidavit, I give permission for the Court or Clerk's Office to call the Fleet Bank/Lynnbrook Branch to verify this information.  These are my own personal funds and not derived from either Joseph or Doreen Russo.

FURTHER, Affiant sayeth not.

_Patsy Schiavone_
Patsy Schiavone

SWORN TO AND SUBSCRIBED before me this 30 day of August, 2001.

_Notary Public, State of New York_

STEPHANIE L. PASCOCELLO
Notary Public-State of New York
No. 01PA6041297
Qualified in Suffolk County
Commission Expires May 9, 2003

**STATE OF FLORIDA**

**COUNTY OF BROWARD**

<u>**NEBBIA AFFIDAVIT FOR BOND PREMIUM**</u>

Before me, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared, LISA BOCCIA, who after being duly cautioned and sworn, deposes and says:

1.　My name is Lisa Boccia. I am a United States citizen and have been living here my entire life. My home address is 5500 Lake Tern Court, Coconut Creek, Florida 33073. My home phone number is 954-725-9991 and my work phone number is 561-392-3555.

2.　I am the cousin of Joseph Russo.

3.　I am gifting to my cousin the amount of $5,000 to be applied toward his bail bond premium from my funds withdrawn from my savings account at AmTrust Bank, located at Hillsborough Boulevard and Power Line Road in Broward County, Florida, account number 8770007520. By this Affidavit, I give permission for the Court or Clerk's Office to call the bank at 954-426-3232 and verify this information. These are my own personal funds and not derived from either Joseph or Doreen Russo.

4.　Attached to this affidavit are copies of my bank statements.

FURTHER, Affiant sayeth not.

_Lisa Boccia_
Lisa Boccia

SWORN TO AND SUBSCRIBED before me this 30 day of August, 2001.



KRISTINE PASLOWSKI
Notary Public - State of Florida
My Commission Expires Mar 5, 2005
Commission # DD004520

Notary Public, State of Florida

AUG-30-2001 10:44AM FROM-    T-826 P.003/003 F-437



**AmTRUST**
BANK
a division of Ohio Savings Bank F.S.B.

```
TLR: A    109000    STN: 112 Online    SEQ: 0315
SUP ID:              PASSWORD:         BRN:  77 SYSTEM DATE: Thu Aug 30, 2001
4151 SAV/CD HISTORY INGUIRY - REVERSED    INQ              10:40 AM
..........................................................................
ACCOUNT NUMBER    770007520    ACCOUNT TYPE  00  PASSBOOK SAVINGS        SAV

LAST ACTIVITY        080601    LEDGER BALANCE        5,025.59
OPENING DATE         040201    OPENING BALANCE       9,817.25
                              60 DAY AVERAGE BALANCE 7,088.91
   ACCRUED INTEREST   47.2683    YTD INTEREST         109.33
LAST YR INTEREST       .00      YTD WITHHOLDING        .00

ESCHEAT DATE  080601    STATMENT CODE NONE

HST DATE TLR ID   TYPE OF HIST    TRANS DESCRIPTION   TRAN AMT    ACCT BAL
01/08/06 77125402 REGULAR    CD AND SAV WITHDRAWAL   3,100.00-   5,025.59
01/07/16 77125242 REGULAR    CD AND SAV WITHDRAWAL     300.00-   8,125.59
01/07/12 77109764 REGULAR    CD AND SAV WITHDRAWAL     700.00-   8,425.59
01/06/30 99000011 INTEREST   INTERNAL INTEREST CREDIT  109.33   9,125.59
         77109764 INTEREST   BACK ITEM DATE   07/12/01
01/06/19 77109764 REGULAR    CD AND SAV WITHDRAWAL     400.00-   9,017.25
01/05/14 77109556 REGULAR    CD AND SAV WITHDRAWAL     100.00-   9,417.25


                 ENTER SELECTION  [    ]



 DUP  . TRAN  .MULTI-   CALC/ .        .       . .OCAL     .NO-BOOK. OTHER
 TRANS . AUDIT .CASH CK  ADDER .       .       . MENU      .TRANS  . FUNCS
```

AmTrust Bank
a division of
Ohio Savings Bank

AUG 30 2001

BR 77    N 15

*Anthony Paul Riggio*

5550 GLADES ROAD · BOCA RATON · FLORIDA · 33431 · (407)368-9600

**STATE OF NEW YORK**

**COUNTY OF NASSAU**

### NEBBIA AFFIDAVIT OF COLLATERAL

Before me, the undersigned authority, duly authorized to administer oaths and take acknowledgments, personally appeared, JOHN CANNELLA, who after being duly cautioned and sworn, deposes and says:

1.    My name is John Cannella. I am a United States citizen and have been living here my entire life.

2.    I am the nephew of Joseph Russo.

3.    I am a surveyor and have owned my own company, Roadway Services, Inc., a New York corporation, since 1987.

4.    I am pledging as collateral for my Uncle's corporate surety bond, my home and family residence located at 8 Bayfront Drive, Baldwin, N.Y. 11510.

5.    I can be contacted by telephone at home at 516-546-2428 or my work at 516-857-0714.

6.    My property was appraised in 1999 at $375,000. There is an outstanding mortgage which totals approximately $206,000, leaving a minimum equity of approximately $170,000.

FURTHER, Affiant sayeth not.

_____
John Cannella

SWORN TO AND SUBSCRIBED before me this _____ day of August, 2001.

_____
Notary Public, State of New York

LISA M. MATTIA
Notary Public State of New York
Licensed in Nassau County
ID #01MA6051782
Expires 12/4/2002

037215

Form 8002* 8-57-20M —Bargain and Sale Deed, with Covenant against Grantor's Acts—Individual or Corporation. (single sheet)

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.**

**THIS INDENTURE**, made the   29   day of   April   , nineteen hundred and **ninety one**
**BETWEEN**

Jacqueline Renner residing at
22 Thixton Avenue
East Rockaway, New York

party of the first part, and

John Cannella residing at
2313 West Lake Court
Oceanside, New York

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the **Town of Hempstead, County of Nassau and State of New York, known as and designated as and by lot number 9, 10, 11 and 12 on a certain map entitled, "Map of Boch Development, situated in Baldwin Harbor, Baldwin, Long Island, Town Of Hempstead, Nassau County, Map of Blair and Dougherty C.E. and Surveyors, Baldwin K.I. August 1921," and filed in the Office of the Clerk of the County of Nassau on May 23, 1922 as Map #119, Case No. 1188, and being more particularly bounded and described as follows:**

**BEGINNING** at a point on the easterly side of Eastern Parkway and (Bay Front Drive) distant 183.13 feet southerly when measured along the easterly side of Eastern Parkway and (Bay Front Drive) from the corner formed by the intersection of the southerly side of Northern Boulevard and the easterly side of Eastern Parkway and (Bay Front Drive);

**RUNNING THENCE** north 79 degrees 32 minutes east 108.35 feet;

**THENCE** south 10 degrees 28 minutes east 80 feet;

**THENCE** south 79 degrees 32 minutes west 108.35 feet to the easterly side of Eastern Parkway and (Bay Front Drive);

**THENCE** northerly along the easterly side of Eastern Parkway and (Bay Front Drive) along the arc of a circle bearing to the left having a radius of 100 feet a distance of 82.3 feet to the point or place of BEGINNING.

**THIS** deed is being given voluntarily and with the intention of vesting absolute title in the grantee.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

DEED **10155** PAGE    **17**    *Jacqueline Renner*
Jacqueline Renner

TAX MAP
DESIGNATION

SEP 16 1991

STATE OF NEW YORK, COUNTY OF  NASSAU          ss:    | STATE OF NEW YORK, COUNTY OF                    ss:

On the  29  day of  April      19 91 , before me    | On the      day of            19    , before me
personally came  Jacqueline Renner                  | personally came

to me known to be the individual    described in and who    | to me known to be the individual    described in and who
executed the foregoing instrument, and acknowledged that   | executed the foregoing instrument, and acknowledged that
she    executed the same.                            | executed the same.

                    KEVIN QUINN
            Notary Public, State of New York
                    No. 4925699
              Qualified in Suffolk County
          Commission Expires March 7, 19__

STATE OF NEW YORK, COUNTY OF          ss:    | STATE OF NEW YORK, COUNTY OF          ss:

On the      day of            19    , before me    | On the      day of            19    , before me
personally came                                    | personally came
to me known, who, being by me duly sworn, did depose and   | the subscribing witness to the foregoing instrument, with
say that    he resides at No.                       | whom I am personally acquainted, who, being by me duly
                                              ;    | sworn, did depose and say that    he resides at No.
                                                    |                                              ;
that    he is the
of                                                  | that    he knows
                    , the corporation described    |
in and which executed the foregoing instrument; that    he    |                            to be the individual
knows the seal of said corporation; that the seal affixed   | described in and who executed the foregoing instrument;
to said instrument is such corporate seal; that it was so   | that    he, said subscribing witness, was present and saw
affixed by order of the board of directors of said corpora-   | execute the same; and that    he, said witness,
tion, and that    he signed h    name thereto by like order.   | at the same time subscribed h    name as witness thereto.

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS            SECTION   54
                                                BLOCK    346
le No.    365N7112                              LOT  9, 10, 11, 12
                                                COUNTY OR TOWN    Nassau
    Jacqueline Renner                           TAX BILLING ADDRESS

        TO                          X 0 0 6 7 6

    John Cannella                                   Recorded At Request of Ticor Title Guarantee Company
                                                        RETURN BY MAIL TO:

        Distributed by                          Kevin Quinn
        TICOR TITLE GUARANTEE                   Rivkin, Radler, Bayh, Hart & Kremer
                                                EAB Plaza
                                                Uniondale, New York 11556-0111
                                                                    Zip No.

003050        RECEIVED
              REAL ESTATE
              SEP 27 1991
              TRANSFER TAX
              NASSAU COUNTY

RECORDED
Sep 27  12 58 PM '91
HAROLD W. McCONNELL
COUNTY CLERK
NASSAU COUNTY

## UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 54401NA

| Property Description | | | |
|---|---|---|---|
| Property Address 8 BAY FRONT DRIVE | City BALDWIN HARBOR | State NY | Zip Code 11510 |
| Legal Description SECTION 54  BLOCK 346  LOTS 9-12 | SMSA# 5380 | County NASSAU | |
| Assessor's Parcel No. N/A | Tax Year 98/99 R.E. Taxes $ 7,794.39 | Special Assessments $ NONE | |

Borrower CANNELLA, JOHN & LISA    Current Owner SAME    Occupant [X] Owner [ ] Tenant [ ] Vacant
Property rights appraised [X] Fee Simple [ ] Leasehold   Project Type [ ] PUD [ ] Condominium (HUD/VA only) HOA$ _____ /Mo.
Neighborhood or Project Name BAY COLONY    Map Reference 14. Q-32    Census Tract 4138.02
Sale Price $ N/A    Date of Sale N/A    Description and $ amount of loan charges/concessions to be paid by seller N/A
Lender/Client FLEET BANK    Address LOAN# 992701615530
Appraiser RICHARD INTRABARTOLA    Address 242 OLD COUNTRY ROAD MINEOLA, NY 11601

| Location | | Urban | [X] Suburban | [ ] Rural | Predominant occupancy | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|---|---|
| Built up | [X] Over 75% | | 25-75% | Under 25% | | $(000) | (yrs) | One family 90 | [X] Not likely [ ] Likely |
| Growth rate | | Rapid | [X] Stable | Slow | [X] Owner 95% | 160 Low NEW | | 2-4 family 0 | [ ] In process |
| Property value | | Increasing | [X] Stable | Declining | | Tenant | 500 + High 85 | Multi-family 0 | To: *** INCLUDES |
| Demand/supply | | Shortage | [X] In balance | Over supply | [ ] Vacant (0-5%) | Predominant | Commercial 5 | PARKS/SCHOOLS. |
| Marketing time | | Under 3 mos. | [X] 3-6 mos. | Over 6 mos. | Vacant (over 5%) | 230 45 | | *** 5 | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.
Neighborhood boundaries and characteristics: THE SUBJECT PROPERTY LIES SOUTH OF ATLANTIC AVENUE, WEST OF FREEPORT, NORTH OF MIDDLE BAY AND EAST OF BALDWIN HARBOR PARK IN AN AREA KNOWN AS BALDWIN HARBOR.
Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): AVERAGE RESIDENTIAL MARKET AREA DEVELOPED PRIMARILY WITH VARIOUS STYLE AND AGE SINGLE FAMILY HOMES MAINTAINED IN AVERAGE TO GOOD CONDITION. HIGH END VALUES ATTRIBUTED TO WATERFRONT PROPERTIES. ALL NECESSARY AMENITIES AND SUPPORTING FACILITIES ARE A SHORT DRIVE AWAY ON NEARBY ATLANTIC AVENUE.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): THE CURRENT MORTGAGE MARKET OFFERS A WIDE VARIETY OF LOANS AT COMPETITIVE RATES. THE TERMS OF FINANCING HAVE HAD LITTLE IMPACT ON SALES PRICES IN THE MARKET AREA. SUPPLY & DEMAND ARE CURRENTLY IN BALANCE. PROPERTY VALUES ARE RELATIVELY STABLE. MARKETING TIMES ARE ESTIMATED AT 3-6 MONTHS.

Project Information for PUDs (If applicable) -- Is the developer/builder in control of the Home Owner's Association (HOA)? [ ] Yes [X] No
Approximate total number of units in the subject project N/A    Approximate total number of units for sale in the subject project N/A
Describe common elements and recreational facilities: N/A

| Dimensions 82 X 108 | (SUBJECT TO SURVEY) | Topography | LEVEL AT GRADE |
|---|---|---|---|
| Site area | 8,856 | Corner Lot [ ] Yes [X] No | Size | TYPICAL FOR AREA |
| Specific zoning classification and description RESIDENTIAL SINGLE FAMILY 210.00 | | Shape | SLIGHTLY IRREGULAR |
| Zoning compliance [ ] Legal [X] Legal nonconforming (Grandfathered use) [ ] Illegal [ ] No zoning | | Drainage | APPEARS ADEQUATE |
| Highest & best use as improved: [X] Present use [ ] Other use (explain) | | View | RES/ACROSS FROM CANAL |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | Landscaping | TYPICAL |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] 200 AMP CB MAIN | | Street | MACADAM | [X] | | Driveway surface | CONCRETE/GRAVEL |
| Gas | [X] | | Curb/gutter | CONCRETE | [X] | | Apparent easements | SEE BELOW COMMENTS |
| Water | [X] | | Sidewalk | CONCRETE | [X] | | FEMA Special Flood Hazard Area | [X] Yes [ ] No |
| Sanitary sewer | [X] | | Street lights | MERCURY VAPOR | [X] | | FEMA Zone ZONE A4 | Map Date 5/18/92 |
| Storm sewer | [X] | | Alley | NONE | | | FEMA Map No. 360497-52C | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): THERE ARE NO APPARENT EASEMENTS OR ENCROACHMENTS AFFECTING THE SITE. THE SUBJECT IS SITUATED ACROSS FROM A CANAL.

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 4 | Foundation | CONCRETE | Slab | PART | Area Sq. Ft. | N/A | Roof | UNKN |
| No. of Stories | 2 | Exterior Walls | VINYL SIDING | Crawl Space | PART | % Finished | N/A | Ceiling | UNKN |
| Type (Det./Att.) | DETACHED | Roof Surface | ASPH/RUBBER | Basement | NONE NOTED | Ceiling | N/A | Walls | UNKN |
| Design (Style) | COLONIAL | Gutters & Dwnspts. | ALUMINUM | Sump Pump | NONE NOTED | Walls | N/A | Floor | UNKN |
| Existing/Proposed | EXISTING | Window Type | THERM WDS | Dampness | NONE NOTED | Floor | N/A | None | |
| Age (Yrs.) | 76 YEARS | Storm/Screens | SCREENS | Settlement | NONE NOTED | Outside Entry | N/A | Unknown | [X] |
| Effective Age (Yrs.) | 10-15 | Manufactured House | N/A | Infestation | NONE NOTED | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | |
| Level 1 | UNITS 1-3 | 3 | | 3 | | | | 7 | 3 | | UTILITY | 2,270 |
| Level 2 | UNIT 4 | 1 | | 1 | | | | 1 | 1 | | | 440 |

Finished area above grade contains:    15 Rooms;    7 Bedroom(s);    4 Bath(s);    2,710 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | HDWD/CPT/TILE | Type | HT WTR | Refrigerator | [4] | None | | Fireplace(s) # NONE | | None | |
| Walls | DRYWALL | Fuel | GAS | Range/Oven | [4] | Stairs | | Patio | NONE | Garage | 3# of cars |
| Trim/Finish | WOOD | Condition | ADEQ | Disposal | | Drop Stair | | Deck | WOOD [X] | Attached | |
| Bath Floor | CERAMIC TILE | COOLING | | Dishwasher | | Scuttle | [X] | Porch | PORCH [X] | Detached | XXXX |
| Bath Wainscot | CERAMIC TILE | Central | N/A | Fan/Hood | [4] | Floor | | Fence | YES [X] | Built-in | |
| Doors | SOLID-WOOD | Other | UNITS | Microwave | | Heated | | Pool | NONE | Carport | |
| ABOVE IN | GOOD CONDITIO | Condition | ADEQ | Washer/Dryer | [Y] | Finished | | TERRACE | [X] | Driveway | |

Additional features (special energy efficient items, etc.): SEE ATTACHED ADDENDUM.

Condition of the improvements, depreciation (physical, functional and external), repairs needed, quality of construction, remodeling/additions, etc.: SEE ATTACHED ADDENDUM.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site or in the immediate vicinity of the subject property: THERE WERE NO ADVERSE ENVIRONMENTAL CONDITIONS NOTED. SEE STATEMENT OF LIMITING CONDITIONS.

**File No. 54401NA**

## Valuation Section

| ESTIMATED SITE VALUE . . . . . . . . . . . . . . . . . = $ | 125,000 | Comments on Cost Approach (such as, source of cost estimate |
|---|---|---|

ESTIMATED SITE VALUE . . . . . . . . . . . . . . . . . = $ **125,000**
ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS:
Dwelling __ 2,710 Sq. Ft. @ __ 90 = $ __ 243,900
_____ Sq. Ft. @ __ = ____
ADDITIONAL FEATURES _____ = ____ 15,000
Garage/Carport __ 660 Sq. Ft. @ __ 25 = ____ 16,500
Total Estimated Cost New . . . . . . . . . . . = $ ____ 275,400
_____ Physical   Functional   External
Less
Depreciation __ 38,556 __ 0| __ 0 = $ ____ 38,556
Depreciated Value of Improvements . . . . . . . . . . . . . . . = $ ____ 236,844
"As-Is" Value of Site Improvements . . . . . . . . . . . . . . . = $ ____ 15,000
INDICATED VALUE BY COST APPROACH . . . . . . . . = $ ____ 378,844

Comments on Cost Approach (such as, source of cost estimate
site value, square foot calculation and for HUD, VA and FmHA,
the estimated remaining economic life of the property):
SEE SKETCH ADDENDUM FOR GROSS LIVING AREA
DIMENSIONS.

LAND TO VALUE RATIO IS COMMON AND TYPICAL FOR THE
AREA AND HAS NO ADVERSE AFFECT ON MARKET VALUE.

PHYSICAL DEPRECIATION IS CALCULATED USING THE AGE/LIFE
METHOD BASED ON A TOTAL ECONOMIC LIFE OF 70 YEARS.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 8 BAY FRONT DRIVE | 3330 COLONY DRIVE | | 746 FLORENCE STREET | | 3036 VERITY LANE | |
| | BALDWIN HARBOR | BALDWIN HARBOR | | BALDWIN | | BALDWIN HARBOR | |
| Proximity to Subject | | 1/8 MILE | | 3/4 MILE | | 1/2 MILE | |
| Sales Price | $ N/A | | 370,000 | | 282,000 | | 325,000 |
| Price/Gross Liv. Area | $ N/A | $ 157.45 | | 110.59 | | $ 145.35 | |
| Data and/or | INSPECTION | COMPS INC. | | MLS# 1218262 | | COMPS INC. | |
| Verification Source | | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing | | NONE KNOWN | | NONE KNOWN | | NONE KNOWN | |
| Concessions | | UNKNOWN | | CASH. | | UNKNOWN | |
| Date of Sale/Time | 10/99 INSP | 2/99 CLSD | | 6/99 CLSD | | 1/99 CLSD | |
| Location | GOOD | GOOD | | GOOD | | GOOD | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 8,856 SF | 12,000 SF | -3,000 | 9,375 SF | | 10,454 SF | -2,000 |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design and Appeal | COLONIAL/AVG | COLONIAL/AVG | | COLONIAL/AVG | | HI-RANCH/AVG | |
| Quality of Construction | GOOD | GOOD | | GOOD | | GOOD | |
| Age | 76 YEARS | 47 YEARS | | 72 YEARS | | 15 YEARS | |
| Condition | GOOD | GOOD | | AVG/INFERIOR | 28,000 | GOOD | |
| Above Grade | Total 15 Bdrms 7 Baths 4 | Total 9 Bdrms 5 Baths 2.50 | 5,000 | Total 18 Bdrms 8 Baths 4 | | Total 9 Bdrms 5 Baths 2 | 7,000 |
| Room Count | | | | | | | |
| Gross Living Area | 2,710 Sq. Ft. | 2,350 Sq. Ft. | 9,000 | 2,550 Sq. Ft. | 4,000 | 2,236 Sq. Ft. | 12,000 |
| Basement & Finished | PART SLAB | 100% CRAWL | | FULL BSMT | -5,000 | 100% SLAB | 5,000 |
| Rooms Below Grade | PART CRAWL | | | UNFINISHED | | | |
| Functional Utility | AVG/4 FAMILY | AVG/1 FAMILY | NO ADJ | AVG/4 FAMILY | NO ADJ | AVG/2 FAMILY | NO ADJ |
| Heating/Cooling | ADEQ/UNITS | ADEQ/UNITS | | ADEQ/UNITS | | ADEQ/CAC | -2,000 |
| Energy Efficient Item | THERMAL WDS | THERMAL WDS | | THERMAL WDS | | THERMAL WDS | |
| Garage/Carport | 3 CAR GARAGE | 1 CAR GARAGE | 5,000 | 4 CAR GARAGE | -2,000 | 1 CAR GARAGE | 5,000 |
| Porch, Patio, Deck, | PORCH/TERR/DECK | PORCH/TERR | 2,500 | PATIO | 5,000 | DECK/TERR | |
| Fireplace(s), etc. | NONE NOTED | FIREPLACE | -2,000 | NONE NOTED | | NONE NOTED | |
| Fence, Pool, etc. | FENCE | FENCE | | FENCE | | FENCE | |
| Net Adj. (total) | | X + | $ 16,500 | X + | $ 30,000 | X + | $ 25,000 |
| Adjusted Sales Price | | 4.45 % Net | | 10.64 % Net | | 7.69 % Net | |
| of Comparable | | 7.16 % Grs $ 386,500 | | 15.60 % Grs $ 312,000 | | 10.15 % Grs $ 350,000 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): SEE ATTACHED ADDENDUM.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price, and Data | SEE COMMENTS | NO PRIOR SALE IN THE | NO PRIOR SALE IN THE | NO PRIOR SALE IN THE |
| Source, for prior sales | BELOW | PAST 12 MONTHS | PAST 12 MONTHS | PAST 12 MONTHS |
| within year of appraisal | | | | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables
within one year of the date of appraisal: NO PRIOR SALE, LISTING OR OPTION OF SALE OF THE SUBJECT PROPERTY IN THE PAST 12 MONTHS.

INDICATED VALUE BY SALES COMPARISON APPROACH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **375,000**
INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $ N/A
This appraisal is made [X] "as is" [ ] subject to repairs, alterations, inspections or conditions listed below [ ] subject to completion per plans and specifications.
Conditions of Appraisal: THIS APPRAISAL IS MADE AS-IS AND FOR MORTGAGE LENDING PURPOSES ONLY.

Final Reconciliation: MOST WEIGHT WAS PLACED ON THE SALES COMPARISON APPROACH AS IT BEST REFLECTS THE ACTIONS OF THE
TYPICAL BUYER IN THE SUBJECT MARKET.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent
and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF OCTOBER 14, 1999
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ **375,000**

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature | Signature   Did [ ] Did [X] Not |
| Name RICHARD INTRABARTOLA | Name FRANK REDMOND, SRA   Inspect Property |
| Date Report Signed OCTOBER 14, 1999 | Date Report Signed OCTOBER 14, 1999 |
| State Certification # 45000021138   State NY | State Certification # 45000002887   State NY |
| Or State License # | Or State License # |

Freddie Mac Form 70   6-93   Day One Forms for Windows, 1997  1-800-DAY1-PAY1   PAGE 2 OF 2   Fannie Mae Form 1004   6-93

# TEXT ADDENDUM

Borrower/Client CANNELLA, JOHN & LISA
Property Address 8 BAY FRONT DRIVE
City BALDWIN HARBOR   County NASSAU        State NY    Zip Code 11510
Lender FLEET BANK

## ADDITIONAL FEATURES/COMMENTS

THE SUBJECT IMPROVEMENTS CONSIST OF A 2 STORY, 3 UNIT DWELLING AND A 2 STORY GARAGE STRUCTURE WITH A STUDIO APARTMENT ABOVE. FOR THE PURPOSE OF THIS VALUATION, THE SUBJECT IS BEING CONSIDERED 4 UNITS.

THE INTERIOR & EXTERIOR ARE OUT-RENOVATED, THE QUALITY OF CONSTRUCTION IS GOOD. THE KITCHENS & BATHS ARE MODERN/UPDATED. OTHER FEATURES INCLUDE ANDERSEN WDS, WOOD DECK, PORCH, WOOD TERRACE, 3 CAR GARAGE (BELOW STUDIO APT), UPGRADED HEATING/ELECTRICAL SYSTEMS, NEW VINYL SIDING, NEW ASPHALT/RUBBERIZED ROOF, UPGRADED BATH/KITCHEN FIXTURES AND MORE.

THE SUBJECT IS SITUATED ACROSS FROM A CANAL HOWEVER, THIS DOES NOT IMPACT ON MARKET VALUE. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED.

## SALES COMPARISON COMMENTS

DUE TO THE UNIQUE SITUATED OF THE SUBJECT PROPERTY, SALES USED DIFFERED IN STYLE. SALES USED WERE THE BEST AVAILABLE AT THE TIME OF INSPECTION. THIS ALSO WARRANTED THE USE OF COMPARABLES 1 & 3 WHICH CONVEYED OVER SIX MONTHS AGO.

SITE AREA: $1.00/SF, ROUNDED.

CONDITION: SALE #2 WAS INFERIOR IN CONDITION, THUS THE UPWARD 10% ADJUSTMENT.

GLA: $25.00/SF, ROUNDED.

ALL OTHER ADJUSTMENTS MADE WERE FOR MAJOR DIFFERENCES ONLY AND WERE DEEMED NECESSARY AND REASONABLE.

THE SUBJECTS MARKET VALUE EXCEEDS THE UNADJUSTED SALE PRICE OF ALL COMPARABLE SALES DUE TO ITS LARGE GROSS LIVING AREA & UPGRADED CONDITION.

Page 1

# Washington Mutual

**Loan Statement**

Customer Service - (800) 736-9090
TDD - For the Hearing Impaired - (800) 735-2922
Mon - Fri 6:00 am - 8:00 pm Central Time
Sat      8:00 am - 1:00 pm Central Time
www.WaMuHomeLoans.com

| | |
|---|---|
| Statement Date: | August 13, 2001 |
| Activity Since: | July 11, 2001 |
| Loan Number: | **5966885922** |

JOHN CANNELLA          2,645  ML
LISA CANNELLA
8 BAY FRONT DR
BALDWIN HARBOR NY   11510-5101

See Reverse Side For Additional Information

## Current Loan Information

| | | |
|---|---|---|
| Property Address: | 8 Bay Front Dr | |
| | Baldwin Harbor NY 11510 | |
| | Principal Balance | $205,832.30 |
| | Escrow Balance | $698.39- |
| | Interest Rate | 7.62500% |

## Activity Summary / Payment Due Information

Activity is from July 11, 2001 to August 13, 2001

| | | | |
|---|---|---|---|
| Principal | 962.93 | Next Payment Due Date | 09/01/01 |
| Interest | 1,314.01 | Current Payment | 2,894.40 |
| Escrow | 617.46 | Total Amount Due | $2,894.40 |
| Total Amount Received | $2,894.40 | | |

To avoid late charges of $45.54, we must receive your payment by 09/16/01 during our business hours.

## Escrow/Other Activity / Year-To-Date Information

| | | | |
|---|---|---|---|
| Property Taxes Paid | $1,829.30 | Interest Paid | $10,680.19 |
| Insurance Paid | $0.00 | Principal Paid | $7,535.33 |
| | | Real Estate Taxes Paid | $3,658.60 |
| | | Insurance Paid | $1,281.23 |

## Messages

**PLEASE NOTE YOUR LOAN NUMBER HAS CHANGED.   YOUR NEW LOAN NUMBER IS 5966885922.
ALSO NOTE THAT OUR NEW CUSTOMER SERVICE TOLL FREE NUMBER IS (800) 736-9090.**

Please return bottom portion with your payment. (Allow 7-10 days for postal delivery.)    908-B

# Washington Mutual

908-B   Please write your loan number on your check.
Make check payable to Washington Mutual.

John Cannella          Lisa Cannella

| Loan Number | Statement Date | Next Payment Due Date | Total Amount Due |
|---|---|---|---|
| 5966885922 | August 13, 2001 | September 1, 2001 | $2,894.40 |

☐ Please check here if change of address, name or telephone number is indicated on the reverse of this form.

Undesignated additional funds will be applied first to advances, fees due and then to principal.

Payment Amount $ _____

**PLEASE APPLY ADDITIONAL FUNDS TO:**
+ Late Charge _____
+ Additional Principal _____
+ Additional Escrow _____
+ Future Payments _____
= Total Amount Enclosed _____

WASHINGTON MUTUAL
P O BOX 660139
DALLAS TX  75266-0139

0000000  0000000  0000000  5966885922  0289440  0004554  0289440  2