UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-Seitz (s)(s)

UNITED STATES OF AMERICA,

vs.

Doreen Russo
_____



ORDER

This cause came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows: Arraignment and Report Re: Counsel is hereby reset to September 12, 2001, @ 10:00 a.m. for good cause shown before the Duty Magistrate.

DONE AND ORDERED at Miami, Florida this 5th day of Sept, 2001.

TAPE NO: 01B - 81-716.

T. R. B------
UNITED STATES MAGISTRATE JUDGE
TED. E. BANDSTRA

c: Angel Cortiñas AUSA
(Miami)