UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(s(s)

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

JOSEPH RUSSO,                          **O R D E R**

            Defendant.
_____/

       This Cause came before the Court for a Nebbia Hearing.

After proceedings held, and pursuant to the stipulation by the

Government, the Court finds the Nebbia condition of the bond

SATISFIED.  The special conditions of the bond are as follows:

Report to PTS once per week in person and twice per week by

phone,  surrender travel documents to PTS, maintain gainful

employment, avoid contact with witnesses/victims, no access to

internet, emails or faxes, home confinement which will include

electronic monitoring at defendant's expense, only primary phone,

which shall be wired taped allowed in the home.  These conditions

are in addition to the standard conditions of bond.


       DONE AND ORDERED in chambers at Miami, Florida this _____

day of September, 2001.

                              _____
                              WILLIAM C. TURNOFF
                              United States Magistrate Judge

c: Robert McCormick, AUSA
   Jane Weintraub, Esq.
   PTS