UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-~~6088~~-SEITZ
6309

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JOSEPH RUSSO AND
DOREEN RUSSO,

   Defendants.

## UNOPPOSED MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

DOREEN RUSSO, through undersigned counsel, moves the Court to extend the time for filing Pretrial Motions. Her co-defendant husband, Joseph Russo, joins in this motion.

On August 14, 2001, Doreen Russo was named in a superseding indictment alleging various violations of federal law, including RICO. She made her initial appearance on August 21, 2001. She was arraigned on September 21, 2001, at which time undersigned made a permanent appearance in the case. The Magistrate Judge entered the standing discovery order which provides that all pretrial motions should be filed within 28 days. Accordingly, pretrial motions are due on October 19, 2001.

On September 21, 2001, Judge Seitz held a pretrial conference. It appears that because undersigned counsel was not yet permanent counsel in the case, the clerk's office did not provide notice to Doreen Russo or undersigned counsel of that pretrial conference,

-1-

Undersigned did not attend. Today, undersigned received Judge Seitz's order setting a trial date of February 11, 2002. However, other defense counsel in the case have advised that Judge Seitz might be inclined to reset the trial for a date for late March 2002.

Undersigned counsel is specially set to begin a 2-3 week trial on October 15, 2001 in <u>United States v. Kranzler, et al.</u>, Case No. 99-366-Cr-Moreno.

Undersigned counsel has been advised the discovery in this case consists of approximately ten banker boxes containing some thirty thousand documents. There are also numerous audio tapes stemming from a wire tap.

In order to prepare pretrial motions, undersigned counsel would like an adequate opportunity to review the discovery and research the pertinent legal issues. Undersigned is requesting that this Court extend the deadline for filing pretrial motions until at least November 16, 2001.

Undersigned has spoken with AUSA Brian McCormick who indicated he does not object to this request.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421 - **Fax:** (305) 358-2006

By: _/s/ Howard Srebnick_

**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Counsel for Doreen Russo

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on __9/28/01__, 2001 a true and correct copy of the foregoing was furnished by mail to:

Brian McCormick, Esq.
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Jayne Weintraub, Esq.
100 S.E. 2nd Street, Suite 3550
Miami, Florida 33131

John Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Ft. Lauderdale, FL 33302

Ana M. Jones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, Florida 33132

Emmanuel Perez, Esq.
2121 Ponce de Leon Boulevard
Suite 290
Coral Gables, FL 33134-5222

Brian L. Tannebaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.
Suite 2690
Miami, Florida 33131

Jeffrey M. Harris, Esq.
One East Broward Boulevard
Suite 1500
Ft. Lauderdale, Florida 33301

Kenneth M. Swartz, Esq.
100 N. Biscayne Boulevard
21st Floor, New World Tower
Miami, Florida 33132

Philip R. Horowitz, Esq.
12651 S. Dixie Highway
Suite 328
Miami, Florida 33156

James Benjamin, Esq.
One Financial Plaza
Suite 1615
Ft. Lauderdale, FL 33394

Neil M. Nameroff, Esq.
100 S.E. 2nd Avenue
Suite 3350
Miami, Florida 33131

David Tarlow, Esq.
801 Brickell Avenue
Suite 1901
Miami, Florida 33131-2900

Jon May, Esq.
200 East Broward Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

David Rothman, Esq.
First Union Financial Center
200 South Biscayne Blvd.
Suite 2690
Miami, Florida 33131

By: _____
HOWARD M. SREBNICK, ESQ.
Attorney for Doreen Russo

-3-