UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            Case No. 00-6309-CR-PAS

   v.                                MIAMI, FLORIDA
                                  September 21, 2001
                                  VOLUME I
                                  PAGES 1 TO 39

JOHN MAMONE
FRED MORGENSTERN
DAVID MORGENSTERN                    FILED by _____ D.C.
JOSEPH SILVESTRI                     APPEAL
JULIUS BRUCE CHIUSANO                OCT 0 2 2001
MICHAEL BUCCINNA
JEFFREY BASS                         CLARENCE MADDOX
FREDERICK SCAROLA                    CLER. U.S. DIS. CT
GIUSEPPE BELLITTO                    S.D. OF FLA
MARK CARATTINI
PAUL DE FILIPPI
ANSON KLINGER
JOSEPH SPITALERI
CHARLES CLAY
PEGGY PRESTON
MARK WEISS
JACOLYN BARUCH
DAVID BELL
JOSEPH RUSSO
DOREEN RUSSO
                STATUS CONFERENCE
      BEFORE THE HON. PATRICIA A. SEITZ, J.
        UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:
             BRIAN MC CORMICK, ESQ.
             DIANA FERNANDEZ, ESQ.
             Assistant United States Attorneys
             99 N.E. 4th Street
             Miami, FL  33132

REPORTED BY:   DAVID S. EHRLICH, RPR
             Official Court Reporter
             301 N. Miami, Room 504
             Miami, Florida 33128-7788
             (305) 523-5537
Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:

J. MAMONE            JAMES BENJAMIN, ESQ.

F. MORGENSTERN       JOHN HOWES, ESQ.

D. MORGENSTERN       ANA JHONES, ESQ.

J. SILVESTRI         EMMANUEL PEREZ, ESQ.


J.B. CHIUSANO        DON SPADERO, ESQ.

M. BUCCINNA          JAMES BENJAMIN, ESQ.

J. BASS              MICHAEL TARRE, ESQ.

F. SCAROLA           DAVID TARLOW, ESQ.

G. BELLITTO          CHARLES WENDER, ESQ.

M. CARATTINI         JAMES BENJAMIN, ESQ.


P. DI FILIPPI        PETER RABEN, ESQ.


A. KLINGER           NEIL NAMEROFF, ESQ.
                     JOHN HOWES, ESQ.

J. SPITALERI         BRIAN BEIBER, ESQ.

C. CLAY              JON MAY, ESQ.

P. PRESTON           ANA JHONES, ESQ.

M. WEISS             ANA JHONES, ESQ.

J. BARUCH            MICHAEL TARRE, ESQ.

D. BELL              JAMES BENJAMIN, ESQ..

O'SULLIVAN           KEN SWARTZ, ESQ.

J. RUSSO             STEVE POTOLSKY, ESQ.
```