UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN O'SULLIVAN,
JOSEPH RUSSO and
DOREEN RUSSO

_____/



FILED by _____ D.C.

OCT 0 3 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

This matter came before the Court on Defendant Doreen Russo's Unopposed Motion to Extend Time to File Pretrial Motions. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion is DENIED. Pretrial motions are due from all parties by **October 22, 2001**. This is sufficient time for the three new Defendants to file motions specific to their case, as these Defendants can adopt the Co-Defendants' pretrial motions.

DONE AND ORDERED in Miami, Florida this 3rd day of October, 2001.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
See attached Service List

SERVICE LIST
00-6309-CR-SEITZ
USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

Diana Fernandez, AUSA
Fort Lauderdale

David Rothman, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for John Mamone*

John R. Howes, Esq. (CJA)
633 S.E. 3rd Avenue
Suite 4F
Fort Lauderdale, FL 33301
*Counsel for Fred Morgenstern*

Ana Jhones, Esq. (CJA)
330 Biscayne Blvd.
Suite 625
Miami, FL 33132
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for Michael Buccinna*

David Tarlow, Esq.
801 Brickell Avenue
Suite 1901
Miami, FL 33131
*Counsel for Frederick Scarola*

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
*Counsel for Mark Carattini*

Neil Nameroff, Esq.
100 S.E. 2nd Street
Suite 3350
Miami, FL 33131
*Counsel for Anson Klinger*

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
*Counsel for Charles Clay*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 925
Fort Lauderdale, FL 33301
*Counsel for David Bell*

Kenneth Swartz, AFPD
*Counsel for John O'Sullivan*

Jayne Weintraub, Esq.
100 S.E. 2nd Street
Suite 3550
Miami, FL 33131
*Counsel for Joseph Russo*

Howard Srebnick, Esq.
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131
*Counsel for Doreen Russo*