IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH RUSSO and DOREEN RUSSO,
et al,

Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

The Defendant, Joseph Russo, by and through undersigned counsel, hereby requests an extension of time in which to file pretrial motions, and in support thereof states:

1.    The deadline for filing pretrial motions is Monday, November 19, 2001.

2.    Undersigned counsel's father was hospitalized yesterday in Boca Raton, Florida.  As a result, undersigned counsel has been completely unable to concentrate on finalizing the motions she has been working on.

3.    Undersigned counsel has conferred with Assistant United States Attorney Diana Fernandez who indicated she has no objection to the relief requested herein.

*United States of America v. Joseph Russo, et al,*
Case No. 00-6309-Cr-Seitz

4.    Due to the parties' schedules and the Thanksgiving holiday, the parties

jointly request an extension be granted until December 3rd, which will also give

counsel the opportunity to meet in person and continue ongoing discussions which

may potentially resolve this case.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully

requests this Honorable Court grant this motion and extend the deadline for filing

motions until December 3, 2001.

Respectfully submitted,

**JAYNE C. WEINTRAUB, P.A.**
100 S. E. 2nd St., Suite 3550
Miami, FL   33131
Phone:  (305) 374-1818
Facsimile: (305) 358-5917

By:_____

**Jayne C. Weintraub, Esq.**
**Florida Bar No. 320382**

2

*United States of America v. Joseph Russo, et al,*
Case No.  00-6309-Cr-Seitz

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

has been furnished by mail this _16th_ day of November, 2001 to **Brian McCormick,**

**Esq. and Diana Fernandez, Esq., Assistant United States Attorneys,** 500 E.

Broward Blvd., Suite 700, Ft. Lauderdale, FL  33394 and all defense counsel on the

attached Service List.

By:_____

**Jayne C. Weintraub, Esq.**

LAW OFFICES OF JAYNE C. WEINTRAUB • 100 S.E. SECOND STREET • SUITE 3550 • MIAMI, FLORIDA 33131 • TEL: (305) 374-1818 • FAX: (305) 358-5917

# SERVICE LIST

**Brian McCormick, AUSA**
**Diana Fernandez, AUSA**
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL  33394
Phone:        954-356-7255 ext. 3578
Fax:          954-356-7230

**David Rothman, Esq.**
Attorney for John Mamone
200 S. Biscayne Blvd., Suite 3420
Miami, FL  33131
Phone:        305-358-9000
Fax:          374-5747

**Jeffrey Mark Harris, Esq.**
Attorney for David Bell
1 E. Broward Blvd., Suite 925
Ft. Lauderdale, FL  33301
Phone:        954-522-7000
Fax:          954-522-7008

**Emmanuel Perez, Esq.**
Attorney for Joseph Silvestri
2121 Ponce de Leon Blvd., Suite 920
Coral Gables, FL  33134-5222
Phone:        305-442-7442
Fax:          305-441-9218

**David Michael Tarlow, Esq.**
Attorney for Frederick Scarola
801 Brickell Ave., Suite 1901
Miami, FL  33131-2900
Phone:        305-374-7700
Fax:          305-374-4890

**Philip Robert Horowitz, Esq.**
Attorney for Mark Weiss
9130 S. Dadeland Blvd., Suite 1910
Miami, FL  33156
Phone:        305-232-1949
Fax:          305-232-1963

**Howard Srebnick, Esq.**
**Attorney for Doreen Russo**
201 S. Biscayne Blvd., Suite 1300
Miami, FL  33131
Office:        305-371-6421
Fax:          305-358-2006

**Jon Allen May**
Counsel for Charles Clay
May & Cohen
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL  33301
Phone:        954-761-7201

**Ana Maria Jhones, Esq.**
Attorney for David Morgenstern
330 Biscayne Blvd., Suite 625
Miami, FL  33132
Phone:        305-374-4919
Fax:          305-374-3414

**Brian Lee Tannebaum, Esq.**
Attorney for Michael Buccinna
200 S. Biscayne Blvd., Suite 3420
Miami, FL  33131-2340
Phone:        305-358-9000
Fax:          305-374-5747

**James Scott Benjamin, Esq.**
Attorney for Mark Carattini
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL  33394-2843
Phone:        954-779-1700
Fax:          954-779-1771

**Kenneth M. Swartz, Esq.**
Attorney for John O'Sullivan
New World Tower, Suite 2100
100 North Biscayne Blvd.
Miami, FL  33132-2306
Phone:        305-579-9090
Fax:          305-371-4380

**Joseph S. Rosenbaum, P.A.**
Attorney for Anson Klinger
2400 South Dixie Highway, Suite 105
Miami, FL   33133
Phone:        305-858-7377
Fax:            305-858-7299

**John Robert Howes, Esq.**
Attorney for Fred Morgenstern
P. O. Box 697
Ft. Lauderdale, FL   33302
Phone:        954-763-6003