IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ORDER**

JOSEPH RUSSO and DOREEN RUSSO,
et al,

    Defendants.
_____/

FILED by _____ D.C.
NOV 2 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE, having come on to be heard upon Defendant's Motion for Extension of Time to File Pretrial Motions and the Court having heard argument of counsel and otherwise being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. Defendant's Motion for Extension of Time to File Pretrial Motions is GRANTED.

2. The deadline for filing pretrial motions is December 3, 2001.

Dated: November, 19, 2001, Miami, Fla

_____
The Honorable Patricia A. Seitz
U. S. District Court Judge

Copies furnished to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
All counsel of record

# SERVICE LIST

**Brian McCormick, AUSA**
**Diana Fernandez, AUSA**
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL   33394
Phone:    954-356-7255 ext. 3578
Fax:       954-356-7230

**David Rothman, Esq.**
Attorney for John Mamone
200 S. Biscayne Blvd., Suite 3420
Miami, FL   33131
Phone:    305-358-9000
Fax:       374-5747

**Jeffrey Mark Harris, Esq.**
Attorney for David Bell
1 E. Broward Blvd., Suite 925
Ft. Lauderdale, FL   33301
Phone:    954-522-7000
Fax:       954-522-7008

**Emmanuel Perez, Esq.**
Attorney for Joseph Silvestri
2121 Ponce de Leon Blvd., Suite 920
Coral Gables, FL   33134-5222
Phone:    305-442-7442
Fax:       305-441-9218

**David Michael Tarlow, Esq.**
Attorney for Frederick Scarola
801 Brickell Ave., Suite 1901
Miami, FL   33131-2900
Phone:    305-374-7700
Fax:       305-374-4890

**Philip Robert Horowitz, Esq.**
Attorney for Mark Weiss
9130 S. Dadeland Blvd., Suite 1910
Miami, FL   33156
Phone:    305-232-1949
Fax:       305-232-1963

**Howard Srebnick, Esq.**
Attorney for Doreen Russo
201 S. Biscayne Blvd., Suite 1300
Miami, FL   33131
Office:    305-371-6421
Fax:       305-358-2006

**Jon Allen May**
Counsel for Charles Clay
May & Cohen
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL   33301
Phone:    954-761-7201

**Ana Maria Jhones, Esq.**
Attorney for David Morgenstern
330 Biscayne Blvd., Suite 625
Miami, FL   33132
Phone:    305-374-4919
Fax:       305-374-3414

**Brian Lee Tannebaum, Esq.**
Attorney for Michael Buccinna
200 S. Biscayne Blvd., Suite 3420
Miami, FL   33131-2340
Phone:    305-358-9000
Fax:       305-374-5747

**James Scott Benjamin, Esq.**
Attorney for Mark Carattini
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL   33394-2843
Phone:    954-779-1700
Fax:       954-779-1771

**Kenneth M. Swartz, Esq.**
Attorney for John O'Sullivan
New World Tower, Suite 2100
100 North Biscayne Blvd.
Miami, FL   33132-2306
Phone:    305-579-9090
Fax:       305-371-4380

**Joseph S. Rosenbaum, P.A.**
Attorney for Anson Klinger
2400 South Dixie Highway, Suite 105
Miami, FL 33133
Phone: 305-858-7377
Fax: 305-858-7299

**John Robert Howes, Esq.**
Attorney for Fred Morgenstern
P. O. Box 697
Ft. Lauderdale, FL 33302
Phone: 954-763-6003