IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                     **ORDER**

JOSEPH RUSSO and DOREEN RUSSO,
et al,

    Defendants.
_____/

FILED by _____ D.C.
DEC 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE, having come on to be heard upon Defendants' *Sealed* Joint Motion To Extend Pretrial Motion Deadline and the Court having heard argument of counsel and otherwise being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. Defendants' *Sealed* Joint Motion To Extend Pretrial Motion Deadline is GRANTED.

2. The deadline for filing pretrial motions is December 10, 2001 *as to the Russo Defendants only.* /PAS

Dated: December 4, 2001 in Miami, Florida

                                                        _Patricia A. Seitz_
                                                       The Honorable Patricia A. Seitz
                                                       U. S. District Court Judge

Copies furnished to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
All counsel of record

770/8

# SERVICE LIST

**Brian McCormick, AUSA**
**Diana Fernandez, AUSA**
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL  33394
Phone:      954-356-7255 ext. 3578
Fax:          954-356-7230

**David Rothman, Esq.**
Attorney for John Mamone
200 S. Biscayne Blvd., Suite 3420
Miami, FL  33131
Phone:      305-358-9000
Fax:          374-5747

**Jeffrey Mark Harris, Esq.**
Attorney for David Bell
1 E. Broward Blvd., Suite 925
Ft. Lauderdale, FL  33301
Phone:      954-522-7000
Fax:          954-522-7008

**Emmanuel Perez, Esq.**
Attorney for Joseph Silvestri
2121 Ponce de Leon Blvd., Suite 920
Coral Gables, FL  33134-5222
Phone:      305-442-7442
Fax:          305-441-9218

**David Michael Tarlow, Esq.**
Attorney for Frederick Scarola
801 Brickell Ave., Suite 1901
Miami, FL  33131-2900
Phone:      305-374-7700
Fax:          305-374-4890

**Philip Robert Horowitz, Esq.**
Attorney for Mark Weiss
9130 S. Dadeland Blvd., Suite 1910
Miami, FL  33156
Phone:      305-232-1949
Fax:          305-232-1963

**Joseph S. Rosenbaum, P.A.**
Attorney for Anson Klinger
2400 South Dixie Highway, Suite 105
Miami, FL  33133
Phone:      305-858-7377
Fax:          305-858-7299

**Howard Srebnick, Esq.**
Attorney for Doreen Russo
201 S. Biscayne Blvd., Suite 1300
Miami, FL  33131
Office: 305-371-6421
Fax:          305-358-2006

**Jon Allen May**
Counsel for Charles Clay
May & Cohen
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL  33301
Phone:      954-761-7201

**Ana Maria Jhones, Esq.**
Attorney for David Morgenstern
330 Biscayne Blvd., Suite 625
Miami, FL  33132
Phone:      305-374-4919
Fax:          305-374-3414

**Brian Lee Tannebaum, Esq.**
Attorney for Michael Buccinna
200 S. Biscayne Blvd., Suite 3420
Miami, FL  33131-2340
Phone:      305-358-9000
Fax:          305-374-5747

**James Scott Benjamin, Esq.**
Attorney for Mark Carattini
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL  33394-2843
Phone:      954-779-1700
Fax:          954-779-1771

**Kenneth M. Swartz, Esq.**
Attorney for John O'Sullivan
New World Tower, Suite 2100
100 North Biscayne Blvd.
Miami, FL  33132-2306
Phone:      305-579-9090
Fax:          305-371-4380

**John Robert Howes, Esq.**
Attorney for Fred Morgenstern
P. O. Box 697
Ft. Lauderdale, FL  33302
Phone:      954-763-6003