UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

JOSEPH RUSSO,

    Defendant.
_____/

### ORDER

THIS CAUSE is before the Court by Order of Reference from United States District Judge Patricia A. Seitz. Pursuant to such reference the Court has received the defendant Joseph Russo's Motion to Suppress/Exclude Post-Arrest Statements. Upon due consideration of same, it is hereby

ORDERED that a hearing will be held on said motion on Friday, the 21st day of December, 2001 at 10:00 A.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 6th day of December, 2001.

                                              BARRY L. GARBER
                                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Brian McCormick and Diana Fernandez, AUSAs
Steven M. Potolsky, Esquire
Jayne C. Weintraub, Esq.