UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

JOSEPH RUSSO,

Defendant.
_____/



### ORDER

THE COURT has received the defendant Joseph Russo and Doreen Russo's (1) Motion to Dismiss Counts 50-53 Because 18 U.S.C. § 1967 is Unconstitutional as Applied, (2) Motion for Production of, or in the Alternative, Judicial Review of Grand Jury Transcripts, and (3) Omnibus Motion Seeking Further Essential Discovery and Other Materials. Upon due consideration of same, it is hereby

ORDERED that a hearing will be held on said motions, together with other previously scheduled motions, on Friday, the 21st day of December, 2001 at 10:00 A.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 7th day of December, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Brian McCormick and Diana Fernandez, AUSAs
Steven M. Potolsky, Esquire
Jayne C. Weintraub, Esq.