# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

FILED by _M_ D.C.

FEB 0 7 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr   Date 2/6/02
Clerk L. Webb   Reporter D. Ehrlich
USPO _____   Interpreter _____
USPTS _____

AUSA McCormick/Fernandez   Def. Atty. All represented

United States of America v. Morgenstern, et al
(Clay & Russos present)

Defendant(s): Present ___  Not Present _X_   In Custody ___

Reason for Hearing: Pretrial conference

Results of Hearing: All counsel avail for trial on 5/6/02, case to be transferred to WPD the following as won't PAS to take pleas & sentence. Russos Court will take any more pleas. Will refer to WPD for trial only.

Misc. _____

