CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
MAR 0 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

Case No. 00-6309-Cr     Date 3/8/02
Clerk L. Webb          Reporter D. Ehrlich
USPO ___               Interpreter ___
USPTS ___

AUSA D. Fernandez      Def. Atty. J. Wornhoul

United States of America v. Joseph Russo

Defendant(s): Present X    Not Present ___    In Custody No
Reason for Hearing: Change of plea to Count 1

Results of Hearing: Adjudicated guilty, PSI ordered, referred to USPO

Misc. ___