CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE _____ WILLIAM C. TURNOFF _____ COURTROOM X

Case No. __00-6309-CR-SEITZ__     Date __~~3/11/02~~ 3/12/02__
Clerk __P. MITCHELL__     Time: __~~3:00PM~~ 10 AM__
Court Reporter _____ Tape No. __02G18-2137__
USPO _____ Interpreter _____

**UNITED STATES OF AMERICA v.** __JOSEPH RUSSO     (B)__

AUSA __Donna Fernandez__    Defense Counsel __JANE WEINTRAUB__

Defendant(s): Present __X__ Not Present _____ In Custody _____
Reason for Hearing: __MOTION TO MODIFY BOND__

Result of Hearing: By agreement of the parties, the electronic monitoring condition of the bond is removed. House arrest remain in effect. Deft. permitted to use computer. Further, deft. at PTS discretion, maybe permitted to leave home for ~~personal~~ personal reasons.

Case Continued to: _____ Time _____ For _____

Misc.: _____