UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH RUSSO,

    Defendant.
_____/

**ORDER**

This Cause came before the undersigned on the Defendant's <u>Motion to Modify Bond</u>. After proceedings held, it is

ORDERED AND ADJUDGED that the above motion is **GRANTED in part and DENIED in part.** The defendant's bond is modified as follows: Electronic monitoring is eliminated from the bond; the defendant shall remain on home confinement, however, the defendant may leave his home with prior authorization/itinerary from PTS; Pretrial service must advise the government of the defendant's itinerary; defendant permitted to use computer. The defendant's bond otherwise remains the same.

DONE AND ORDERED at Miami, Florida this 13 day of March, 2002.

                                                  _____
                                                WILLIAM C. TURNOFF
                                                United States Magistrate Judge

c: Honorable Patricia A. Seitz
   Jane Weintraub, Esq.
   Diana Fernandez, AUSA
   Iram Ferguson, PTS