UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           Case No. 00-6309-CR-PAS
    v.                             MIAMI, FLORIDA
                                   DATE March 8, 2002
                                   VOLUME I
                                   PAGES 1 TO 81
JOSEPH RUSSO
DOREEN RUSSO

FILED by _____ D.C.
APPEAL
MAR 19 2002
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. MIAMI

CHANGE OF PLEA
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:
        DIANA FERNANDEZ, ESQ.
        Assistant United States Attorney
        500 E. Broward Boulevard - 7th Fl.
        Ft. Lauderdale, FL 33394-3002


FOR THE DEFENDANT:

J. RUSSO           JAYNE WEINTRAUB, ESQ.
                   STEVE POTOLSKY, ESQ.
                   100 S.E. 2nd Street
                   Suite 3550
                   Miami, FL 33131-2150

D. RUSSO           SCOTT A. SBRENICK, ESQ.
                   2400 S. Dixie Highway
                   Suite 200
                   Miami, FL 33133-3153


REPORTED BY:       DAVID S. EHRLICH, RPR
                   Official Court Reporter
                   301 N. Miami, Room 504
                   Miami, Florida 33128-7788
                   (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER