UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

   Plaintiff,

vs.            ORDER

JOSEPH RUSSO and DOREEN RUSSO,

   Defendants.
_____/

  This Cause came before the undersigned on <u>Defendants' Agreed Motion For Permission To Move</u>. The Court being fully advised, it is hereby ORDERED AND ADJUDGED that the within Motion is GRANTED.

  DONE AND ORDERED, in Chambers, at Miami, Florida, this 22 day of April, 2002.

                WILLIAM C. TURNOFF
                United States Magistrate Judge

cc: Honorable Patricia A. Seitz
   Jayne C. Weintraub, Esquire
   AUSA Diana Fernandez, Esquire