UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-Cr-Seitz(s)(s)

-------------------------------------------------X

UNITED STATES OF AMERICA,
        Plaintiff,

--Vs.—

JOSEPH RUSSO,
        Defendant.
-------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benson B. Weintraub, Esq. enters an appearance as co-counsel of record for the defendant, Joseph Russo, for sentencing only.

Respectfully submitted,

**BENSON B. WEINTRAUB, P.A.**
Attorney for Defendant (Russo)
1 East Broward Blvd. # 700
Ft. Lauderdale, FL. 33301
Tel. 954 713 8018
Fax 954 713 8019
http://federalsentencing.net

By: _____
**BENSON B. WEINTRAUB**
Florida Bar No. 0486418

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was sent by mail this 20th day of May 2002 to: Brian McCormick, AUSA – Diana L. W. Fernandez, AUSA, 500 East Broward Blvd. 7th Floor, Ft. Lauderdale, FL. 33301 and, Lynell Fahie, USPO 300 NE 1st Ave #315 Miami, FL. 33128.

_____