UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6309-CR-SEITZ
95-6099-CR-SEITZ (GONZALEZ)
02-12-TP-SEITZ (HUCK)

UNITED STATES OF AMERICA,

v.

JOSEPH RUSSO,
_____/

## NOTICE RESETTING SENTENCING AND FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that the Sentencing and Final Revocation Hearing in the above cases is reset for **June 14, 2002, at 8:15 a.m.**

DATED: May 31, 2002

By Order of the Court
Clarence Maddox, Clerk

By_____
Deputy Clerk

Copies to:
Brian McCormick, AUSA
Jayne Weintraub, Esq.
Benson Weintraub, Esq.
Frank Will, USPO
Elizabeth Padron, U.S. Probation Office