CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by __ D.C.
JUN 1 8 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr    Date 6/14/02
Clerk L. Webb    Reporter D. Ehrlich
USPO L. Fahie / F. Will    Interpreter _____
USPTS _____

AUSA D. Fernandez    Def. Atty. J. Weintraub, B. Weintraub

United States of America v. Joseph Russo

Defendant(s): Present X    Not Present ___    In Custody No
Sentence 46 mos Ct 1
Supervised Release 3 years Ct 1
Special Conditions of SR ① financial disclosure ② approval for self employ ③ association prohibition ④ 300 hours comm service

Fine $ 0    Special Assessment $ 100.00
Advised of right to appeal Yes
Recommendations to BOP ~~Consider medical history, needs & nature of crimes & his family is in So Fla~~

Misc. J&S - $130,000 Restitution - Cts 5, 14, 50-53 Dismissed & forfeiture - Surrender - 8/1/02

1059
00