DEFENDANT: JOSEPH RUSSO
CASE NUMBER: 00-6309-CR-SEITZ/002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 46 Months.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 P.M. on August 1, 2002.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __8-1-02__ to __FPC Eglin__ at __Eglin AFB, FL__, with a certified copy of this judgment.

Jose M Vazquez
Warden ~~UNITED STATES MARSHAL~~

By: _____
LIE ~~Deputy U.S. Marshal~~

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6309-CR-SEITZ/002 |
| JOSEPH RUSSO | Counsel For Defendant: Jayne Weintraub, Esq. |
| | Counsel For The United States: Diana Fernandez, AUSA |
| | Court Reporter: David Ehrlich |

FILED by _____ D.C.
JUN 1 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

The defendant pleaded guilty to Count One of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 1962(d) | Conspiring to participate in a criminal enterprise through a pattern of racketeering activities. | October 2000 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 4, 5, 14 and 50-53 and the forfeiture count of the Second Superseding Indictment are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 5/29/1946
Deft's U.S. Marshal No.: ████████, 30883-004

Date of Imposition of Sentence:
June 14, 2002

Defendant's Mailing Address:
2451 Brickell Avenue, #8M
Miami, FL 33129

Defendant's Residence Address:
2451 Brickell Avenue, #8M
Miami, FL 33129

PATRICIA A. SEITZ
United States District Judge

June 17, 2002

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 6/18/02