IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.                                            **ORDER**

JOSEPH RUSSO,

                    Defendant.

_____/

FILED by _____ D.C.

AUG 2 9 2003

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. MIAMI

THIS CAUSE having come on to be heard upon Defendant's Unopposed

Motion to Discharge Corporate Surety Bond and the Court having heard argument

of counsel and otherwise being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

1.    Defendant's Emergency Motion to Discharge Bond is hereby

GRANTED.

2.    The Corporate Surety Bond posted under receipt numbers FB 3018 and

AS 100 80224 in the amount of $150,000.00, is hereby discharged.

DONE AND ORDERED in Miami, Dade County, Florida this 28th day of

August, 2003.

Patricia A. Seitz
U. S. District Court Judge

Copies furnished to:
Jayne C. Weintraub, P.A.
Brian McCormick, AUSA

1443/0X